# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gary Harris,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                    3:04cv168-2

United States of America,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/22/07 Order.


                                           Signed: August 22, 2007

*[Signature]*

Frank G. Johns, Clerk
United States District Court